UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JESSE NOBLE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:15-cv-01892-JCM-PAL |
| CHIEFS OF DEPARTMENT OF DETENTION AND ENFORCEMENT FOR THE CITY OF LAS VEGAS et al., | ) ) ) ) | ORDER |
| Defendants. | ) | |

I.    **DISCUSSION**

      Plaintiff, who is a prisoner in the custody of the Las Vegas City Detention Center, has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and has filed an application to proceed *in forma pauperis*. (ECF No. 1, 1-1). On the financial certificate in the application to proceed *in forma pauperis*, Plaintiff states that an authorized officer refused to sign the financial certificate. (ECF No. 1 at 4). The Court directs Plaintiff to file an affidavit detailing who he asked to sign the financial certificate, why that person refused, and when he asked that person. The Court directs Plaintiff to provide any other information pertinent to demonstrating that Plaintiff did in fact seek to have his financial certificate signed. If Plaintiff's affidavit demonstrates that Plaintiff tried to have an authorized officer sign his financial certificate and that no authorized officer would sign the financial certificate, the Court may consider the application to proceed *in forma pauperis* complete. However, if Plaintiff cannot demonstrate these details, the Court directs Plaintiff to file a fully complete application to proceed *in forma pauperis*.

/ / /

## II.    CONCLUSION

For the foregoing reasons, IT IS ORDERED that within thirty (30) days from the date of this order Plaintiff shall file an affidavit providing the information described above.

IT IS FURTHER ORDERED that if Plaintiff is unable to provide an affidavit with the necessary facts, Plaintiff shall within thirty (30) days from the date of this order: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1), but shall not file it at this time.

DATED: This 27th day of October, 2015.

_____
United States Magistrate Judge